UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENERGY 2001, | Case No. 2:10 CV-0415-JAM-KJN |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |
| v. | |
| PACIFIC INSURANCE COMPANY LIMITED, INCORPORATED; NATIONAL FIRE AND MARINE INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; ALAMEDA ASSOCIATES INSURANCE AGENCY, INCORPORATED; RICK VERNE MCKINLEY AS AN INDIVIDUAL; AND DOES 1-100, | |
| Defendants. | |

This matter comes before the Court on Defendants' Pacific Insurance Company Limited, Inc. and National Fire and Marine Insurance Company ("Defendants") Motion to Dismiss (Doc. 37) Plaintiff Energy 2001's ("Plaintiff's") First Amended Complaint ("FAC") (Doc. 36), for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).  In the alternative, Defendants ask for a more definite statement pursuant to Federal Rule of Civil

Procedure 12(e). Plaintiff does not oppose the motion to dismiss.[1]

Plaintiff filed a statement of non-opposition (Doc. 40). Plaintiff states it is not opposed to filing a Second Amended Complaint containing the clarifications sought by Defendants. However, Plaintiff seeks permission of the Court to serve the Second Amended Complaint only on defendants who are parties to the motion (Pacific Insurance Company Limited, Inc. and National Fire and Marine Insurance Company), and not on the remaining defendants who filed answers to the FAC. However, to avoid confusion and so that there is only one operative complaint in this matter, this request is denied. Plaintiff must serve the Second Amended Complaint on all parties to this litigation. Once filed, the Second Amended Complaint will become the operative complaint in this case.

## Order

After carefully reviewing the papers in this matter, Defendants' Motion to Dismiss is GRANTED, WITHOUT PREJUDICE. Plaintiff is ordered to file a Second Amended Complaint within twenty (20) days from the date of this order.

IT IS SO ORDERED.

Dated: October 29, 2010

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L. R. 230(g).