ANN K. JOHNSTON (SBN 145022)
ajohnston@bergerkahn.com
TED A. SMITH (SBN 159986)
tsmith@bergerkahn.com
BERGER KAHN
A Law Corporation
7200 Redwood Boulevard, Suite 325
Novato, CA  94945
Tel:  (415) 899-1770  •  Fax: (415) 899-1769

Attorneys for Defendants and Cross-Defendants
PACIFIC INSURANCE COMPANY, LIMITED
and NATIONAL FIRE & MARINE INSURANCE
COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENERGY 2001, | CASE NO. 2:10-CV-00415-JAM-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO AUGMENT PLAINTIFF'S WITNESS INFORMATION AND TO MODIFY THE SCHEDULING ORDER TO AUTHORIZE FURTHER DEPOSITIONS AND EXTEND THE DATE FOR DEFENDANTS' EXPERT DISCLOSURE** |
| v. | |
| PACIFIC INSURANCE COMPANY LIMITED INCORPORATED, et al., | |
| Defendants. | |
| And related cross-action. | DATE ACTION FILED:   2/17/2010 |

Pursuant to Fed. R. Civ. P. 6 and Local Rule 144(a), all the parties to this action, including Plaintiff Energy 2001 (hereinafter "Plaintiff"), Defendants and Cross-Claimants Alameda Associates Insurance Agency, Inc. and Rick Verne McKinley, and Defendants and Cross-Defendants Pacific Insurance Company, Limited and National Fire & Marine Insurance Company (hereinafter collectively "Defendants"), hereby stipulate and request a Court order that no later than June 17, 2011, Plaintiff will disclose for each of the 25 new witnesses in its amended disclosure an address, telephone number, and a description of all subjects of discoverable information known to the witness, pursuant to FRCP 26(a)(1)(A)(i), and that the Scheduling Order (Dkt. 24) is modified to allow Defendants

PDF created with pdfFactory trial version www.pdffactory.com

an additional 25 depositions and to require Defendants' expert witness disclosure on August 15, 2011, thus moving Plaintiff's rebuttal disclosure to August 29, 2011.  Plaintiff and Defendants enter into this Stipulation and request a Court order based on the following grounds establishing good cause:

1. Plaintiff's July 7, 2010 initial disclosure included 12 witnesses, two of whom were defense witnesses.

2. Plaintiff's first supplemental disclosure was made on May 27, 2011, received May 31, 2011, and included 25 new witnesses without an address, telephone number, or description of subjects of discoverable information.

3. The scheduling order allows Defendants to depose up to 10 witnesses only, and requires Defendants to disclose experts on July 1, 2011.

4. The defense needs the contact information and subject matter of information for all Plaintiff's witnesses to determine who to interview or depose, and how to contact or serve the witness with a subpoena.

5. Plaintiff's amended disclosure was received 31 days before Defendants' expert disclosures were due, and any expert will need to consider the testimony of pertinent witnesses.

6. Consequently, and to avoid affecting the other dates in the Scheduling Order, the defense should be provided the witnesses' contact information, subject matter of their testimony, and an opportunity to depose these new witnesses before designation of experts.

7. Accordingly, good cause exists to order that no later than June 17, 2011, Plaintiff will disclose for each witness an address, telephone number, and a description of all subjects of discoverable information the witness knows, pursuant to FRCP 26(a)(1)(A)(i), and to order that the Scheduling Order be modified to allow Defendants an additional 25

BERGER KAHN
*A Law Corporation*
7200 Redwood Blvd., Suite 325
Novato, CA  94945

2
Stipulation & Order re Scheduling Order                               Case No. 2:10-CV-00415-JAM-KJN

PDF created with pdfFactory trial version www.pdffactory.com

depositions and to require Defendants' expert witness disclosure on August 15, 2011, thus moving Plaintiff's rebuttal disclosure to August 29, 2011.

Dated:  June 7, 2011                              EVERS LAW GROUP


By:  /s/ Geoffrey O. Evers
　　　GEOFFREY O. EVERS
Attorneys for Plaintiff Energy 2001

Dated:  June 7, 2011                              WILD, CAREY & FIFE


By:  /s/ William M. Henley
　　　WILLIAM M. HENLEY
Attorneys for Defendants and Cross-Claimants Alameda Associates Insurance Agency, Inc. and Rick Verne McKinley

Dated:  June 7, 2011                              BERGER KAHN
                                                                      A Law Corporation


By:  /s/ Ann K. Johnston
　　　ANN K. JOHNSTON
Attorneys for Defendants and Cross-Defendants Pacific Insurance Company, Limited and National Fire & Marine Insurance Company

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that no later than June 17, 2011, Plaintiff will disclose for each of the 25 new witnesses in its amended disclosure an address, telephone number, and a description of all subjects of discoverable information known to the witness, pursuant to FRCP 26(a)(1)(A)(i), and that the Scheduling Order (Dkt. 24) is modified to allow Defendants an additional 25 depositions and to require Defendants' expert witness disclosure on August 15, 2011, and Plaintiff's rebuttal disclosure on August 29, 2011.

DATED:  6/8/2011                              /s/ John A. Mendez
                                                              HON. JOHN A. MENDEZ
                                                              UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com