Geoffrey O. Evers (140541)
Evers Law Group, A Professional Corporation
641 Fulton Avenue, Suite 200
Sacramento, CA 95825
tel: 916-974-3000
fax: 916-720-0332
g.evers@everslaw.com

Attorney for Plaintiff
ENERGY 2001

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ENERGY 2001, | Case No. 2:10-CV-00415-JAM-KJN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE AND HEARING DATE ON THE MOTION FOR SUMMARY JUDGMENT OF ALAMEDA ASSOCIATES INSURANCE AGENCY, INCORPORATED AND RICK VERNE MCKINLEY |
| V. | |
| PACIFIC INSURANCE COMPANY LIMITED INCORPORATED; NATIONAL FIRE AND MARINE INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; ALAMEDA ASSOCIATES INSURANCE AGENCY, INCORPORATED; RICK VERNE MCKINLEY AS AN INDIVIDUAL; AND DOES 1-100, | |
| | DATE: November 16, 2011<br>TIME: 9:30 AM<br>DEPT: Courtroom 6<br>JUDGE: Hon. John A. Mendez |
| Defendants. | Date Action Filed: February 17, 2010<br>Trial Date: March 12, 2012 |

Moving Parties, Alameda Associates Insurance Agency, Inc. and Rick Verne McKinley, and Opposing Party, Energy 2001, have agreed, as evidenced by way of this Stipulation, to seek a modification to the Scheduling Order essentially extending the last day for the court to hear dispositive motions, such as the Motion for Summary Judgment filed by Moving Parties, and as well the Briefing Schedules for the opposition and reply

STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE AND HEARING DATE ON THE
MOTION FOR SUMMARY JUDGMENT OF ALAMEDA ASSOCIATES INSURANCE AGENCY,
INCORPORATED AND RICK VERNE MCKINLEY

1

briefs due by the respective parties.

Both Moving Parties and Opposing Party request that the court exercise its discretion based upon the complications that have arisen for Opposing Party's counsel, Geoffrey O. Evers, in the preparation and filing of the opposition to the Motion for Summary Judgment. More to the point, Mr. Evers, counsel for Plaintiff, is set for surgery on Thursday, October 27, 2011, wherein Dr. Juwan Hong, an orthopaedic surgeon at Sutter General Hospital, will perform a surgical repair to counsel's left knee. When the surgery was initially scheduled it looked like a somewhat routine arthroscopic procedure but after imaging studies were done, counsel for Plaintiff was advised that this surgery would be a bit more complicated and lengthy than initially planned. Thus, previous recovery time which was projected may be extended by several days. In that the opposition to the Motion for Summary Judgment filed by Alameda/McKinley is due on November 2, 2011, there now exists an uncertainty as to whether or not counsel for Plaintiff will be physically and/or mentally able to complete the opposition on or before November 2, 2011.

Accordingly, both Moving Parties and Opposing Party request that the court move the hearing date to December 7, 2011. Further, Moving and Opposing Parties request that the court order that Plaintiff's opposition to Defendants' Motion for Summary Judgment be filed on or before November 23, 2011. Lastly, both Moving and Opposing Parties request that the reply brief due by the Moving Parties shall be reset to December 2, 2011.

It was agreed between both Moving and Opposing Parties that no prejudice will be suffered by the Moving Parties if the court deems to grant the relief sought by way of this Stipulation and Order.

STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE AND HEARING DATE ON THE MOTION FOR SUMMARY JUDGMENT OF ALAMEDA ASSOCIATES INSURANCE AGENCY, INCORPORATED AND RICK VERNE MCKINLEY

2

Dated: October 26, 2011          Respectfully submitted,
                                 Evers Law Group, A Professional Corporation

                                 _____
                                 Geoffrey O. Evers
                                 Attorney for Plaintiff
                                 Energy 2001

Dated: October 26, 2011          Respectfully submitted,
                                 Wild, Carey & Fife

                                  /s/ William M. Henley
                                 William M. Henley
                                 Attorney for Defendants
                                 Alameda Associates Insurance Agency, Inc. and
                                 Rick Verne McKinley

ORDER

The Court having reviewed the Stipulation submitted herein, finds that good cause exists to modify the Scheduling Order and now sets forth the following dates:

1.   The filing of Plaintiff's opposition to Defendants' Motion for Summary Judgment shall be due on November 23, 2011.

2.   The filing of the reply brief of Moving Parties shall be due on December 2, 2011.

3.   The hearing on the Motion for Summary Judgment shall be reset for December 7, 2011, at 9:30 AM.

4.   The Pretrial Conference shall be reset to February 3, 2012, at 10:00 AM.

5.   Trial in this matter will remain set for March 12, 2012.
     IT IS SO ORDERED.

Dated: October 27, 2011          /s/ John A. Mendez
                                 John A. Mendez
                                 U. S. District Court Judge

STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE AND HEARING DATE ON THE
MOTION FOR SUMMARY JUDGMENT OF ALAMEDA ASSOCIATES INSURANCE AGENCY,
INCORPORATED AND RICK VERNE MCKINLEY

3